**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 6:26-cr-10039-EFM-1 |
| JUSTIN LANE ) | |
| *Defendant* ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUSTIN LANE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE.

See attached Indictment for additional charges.

Date: 2/25/2026

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/25/26, and the person was arrested on *(date)* 02/26/26
at *(city and state)* WICHITA, KS

Date: 02/26/26

*Arresting officer's signature*

JORDAN PFENNINGER - SPECIAL AGENT
ATF #6828
*Printed name and title*